UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHANTEL RICHARDEL | CIVIL ACTION |
| VERSUS | NO. 24-2093 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: D(4) |

### ORDER AND REASONS

The Court, having considered Plaintiff Chantel Richardel's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to timely file any objection to the Report and Recommendation, and further finding that the Report and Recommendation is not clearly erroneous or contrary to the law, hereby approves the Report and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Chantel Richardel's Motion for Attorney's Fees and Costs Under the Equal Access to Justice Act is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Chantel Richardel is awarded reasonable attorney's fees in the amount of $6,450.00.

New Orleans, Louisiana, May 13, 2025.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 22.
[2] R. Doc. 25.